SUBSECTION C OF 70 O.S. 1978 Supp. 18-113 [70-18-113], EXCLUDING CERTAIN CLASS SIZE LIMITATIONS FROM APPLICATION TO SPECIFIED COURSES OF INSTRUCTION, APPLIES ONLY TO GRADES SEVEN THROUGH NINE. SUBJECT TO THE PROVISIONS OF SUBSECTIONS A, D, E AND F, 70 O.S. 1978 Supp. 8-113 [70-8-113], THE MAXIMUM ALLOWABLE CLASS SIZE FOR GRADES ONE THROUGH SIX IS TWENTY FIVE STUDENTS PER CLASS OR PER TEACHER IF MORE THAN ONE TEACHER IS REGULARLY ASSIGNED TO THE CLASS. (R. THOMAS LAY)